IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| KILLER JOE NEVADA, LLC, <br><br>*Plaintiff,* <br><br>v. <br><br> DOES 1-39. <br><br>*Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case No.: 3:13-cv-00060 |

**DECLARATION OF DARREN M. GRIFFIN IN SUPPORT OF
PLAINTIFF'S MOTION FOR LEAVE TO TAKE DISCOVERY
PRIOR TO RULE 26(f) CONFERENCE**

1. I, Darren M. Griffin, make this declaration based on my personal knowledge. If called upon to do so, I will testify that the facts stated herein are true and correct.

2. I have been retained by Crystal Bay Corporation ("CBC"), a corporation of South Dakota, as a software consultant in its technical department. CBC provides forensic investigation services to copyright owners.

3. The forensic software used by CBC routinely collects, identifies and records the Internet Protocol ("IP") addresses in use by those individuals who employ the BitTorrent protocol to share, copy, reproduce and distribute copyrighted works.

4. An IP address is a unique numerical identifier that is automatically assigned to an internet subscriber by the subscriber's Internet Service Provider ("ISP"). Using logs kept in the ordinary course of business, ISPs maintain records of the IP addresses assigned to their subscribers. Once provided with an IP address, plus the date and time of the detected and documented infringing activity, ISPs can use their subscriber logs to identify the name, address, email address, phone number and Media Access Control number of a user/subscriber.

13-cv-2367

5. Only the ISP that has assigned a particular IP address for use by a subscriber can correlate that IP address to a specific subscriber. From time to time, a subscriber of internet services may be assigned different IP addresses by their ISP. Thus, to correlate a subscriber to an IP address, the ISP also needs to know when the IP address was used. Unfortunately, many ISPs only retain the information necessary to correlate an IP address to a particular subscriber for a very limited period of time.

6. Plaintiff retained CBC to identify the IP addresses of those BitTorrent users who were copying and distributing Plaintiff's copyrighted movie as identified in Exhibit A (the "Work"). CBC directed me to review, analyze and attest to the results of the investigation.

7. During the performance of my duties as detailed below, I used forensic software provided by CBC to scan peer-to-peer networks for the presence of infringing transactions.

8. After reviewing the evidence logs, I isolated the transactions and the IP addresses of the users responsible for copying and distributing the Work.

9. Through each of the transactions, the computers using the IP addresses identified in Exhibit A transmitted a copy or a part of a copy of a digital media file identified by the hash value set forth in Exhibit A. The IP addresses, hash values, dates and times contained in Exhibit A correctly reflect what is contained in the evidence logs. The subscribers using the IP addresses set forth in Exhibit A were all part of a "swarm" of users who were reproducing, distributing, displaying or performing the copyrighted work identified in Exhibit A.

10. Moreover, the users were sharing the identical copy of the Work. A digital copy of an audiovisual work can be uniquely identified by a unique, coded, string of characters called a "hash checksum." The hash checksum is a string of alphanumeric characters generated by a mathematical algorithm known as U.S. Secure Hash Algorithm 1 or "SHA-1", which was

2

13-cv-2367

developed by the National Security Agency and published as a U.S. government standard. Using the hash tag identified in Exhibit A, I confirmed that the users identified as Doe Defendants in Exhibit B to the complaint reproduced and distributed the same copy of the Work.

11. The CBC software analyzed each BitTorrent "piece" distributed by each IP address listed in Exhibit A and verified that reassembling the pieces using a specialized BitTorrent client results in a fully playable digital motion picture.

12. The software uses a geolocation functionality to confirm that all IP addresses of the users set forth in Exhibit A were located in Iowa and, based on information and belief, those users were specifically located in the Southern District of Iowa Although an IP address alone does not reveal the name or contact information of the subscriber, it does reveal the location of the Internet line used for the transaction. IP addresses are distributed to ISPs by public, nonprofit organizations called Regional Internet Registries. These Registries assign blocks of IP addresses to ISPs by geographic region. In the United States, these blocks are assigned and tracked by the American Registry of Internet Numbers. Master tables correlating the IP addresses with local regions are maintained by these organizations in a publicly available and searchable format. The geographic location of an IP address can be further narrowed by cross-referencing this information with secondary sources such as data contributed to commercial databases by ISPs.

13. As set forth in Exhibit A, I have confirmed not only that the users distributed the files in Iowa, but also the specific location (city/town) where the distribution took place.

14. The targeted dates of the swarm in this matter cover a four-month period from early January 2013 to mid-April 2013.

15. Torrent swarms can survive over extended periods of time (months or years) and provide users with exactly the same file comprising exactly the same pieces. The term "piece" is a term of art identifying a portion of a particular file. Based on information and belief, torrent

3

swarms for popular files have been known to be available for over 6 years. The initial seeder (of a parent file) uploads the content and then promotes the torrent file through online forums or websites. Users then have access to the torrent file over the same forums or websites and can join a link to the torrent swarm. Users receive the pieces of the initial seeder and provide those pieces to other users. The transfer occurs piece-by-piece so that the initial pieces from the seeder get passed from one user to the next user.

    16.    There is no requirement to join an active swarm at a specific date and time. However, a torrent swarm might become smaller after months or years which slows down the process of file sharing activity but still renders the file fully available. A primary factor determining the size of a swarm is the popularity of the product that the file contains (movie, audio, TV series, etc.). For example, a recently released movie can lose popularity within weeks or months, whereas a famous album of a rock band might continue to be popular for several years.

    17.    In terms of a common nexus of transactions and occurrences, the actions of an individual who downloaded a movie in early January 2013 are connected to the actions of an individual who downloaded the same movie (the same file) as part of the same swarm during early April 2013 in at least the following ways:

    a.    A file with a particular hash value downloaded by an individual over that time period can ultimately be traced to a single parent file (i.e., the actions relate back to the same initial seed of the swarm);

    b.    The swarm expands over that time period to include additional individuals based on uploading and downloading of pieces of the same file with the same hash value (i.e., the infringement by each individual further advances the series of infringements that began with the initial seed and continued through the actions of other infringers such that all individuals act under the same system); and

4

13-cv-2367

c.  An individual operating a computer with BitTorrent software left "on" over that time period remains a participant of a swarm with respect to any file marked for participation in that swarm (i.e., each individual shares pieces that originated from the same (identical) file, and opens their computer to allow others to connect and receive those pieces).

**FURTHER DECLARANT SAYETH NOT.**

**DECLARATION**

PURSUANT TO 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___ day of June 2013.

By: _____
Darren M. Griffin

| No | IP Address | GUID | P2PClient | HitDateUTC (MM/DD/YY) | DossierNumber | Title | RightsOwner | FileName | FileHash | ISP | Region | city | District | Province |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 71.38.189.197 | 2D5554333233302D21701E6277994F65FBA9A129 | µTorrent 3.2.3 | 04/10/2013 11:52:10 PM | S0054-000004022 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C98AF011EA26 | CenturyLink | Iowa | Iowa City | Iowa Southern | Johnson |
| 2 | 69.5.154.12 | 2D554D313832302D5B7191B28475C475DC69F637 | µTorrent Mac 1.8.2 | 04/06/2013 06:38:18 AM | S0054-000004028 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C98AF011EA26 | ICS Advanced Technologies | Iowa | Ames | Iowa Southern | Story |
| 3 | 174.71.12.132 | 2D5554333233302D2170B67EED6813D649546F57 | µTorrent 3.2.3 | 04/05/2013 01:46:20 AM | S0054-000004036 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C98AF011EA26 | Cox Communications | Iowa | Council Bluffs | Iowa Southern | Pottawattamie |
| 4 | 38.108.140.197 | 2D7142333035302D61317E653464767761727844 | qBittorrent 3.0.5 | 03/31/2013 10:48:35 PM | S0054-000004042 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C98AF011EA26 | Cogent Communications | Iowa | West Des Moines | Iowa Southern | Polk |
| 5 | 50.83.88.249 | 2D5554333330302D9E7233873601032A561B4ADA | µTorrent 3.3.0 | 03/29/2013 12:43:56 PM | S0054-000004046 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C98AF011EA26 | Mediacom Cable | Iowa | Ottumwa | Iowa Southern | Wapello |
| 6 | 174.71.6.175 | 2D5554333233302D2170D5BFB12AD3EDC409C2A8 | µTorrent 3.2.3 | 03/14/2013 01:22:05 AM | S0054-000004056 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C98AF011EA26 | Cox Communications | Iowa | Council Bluffs | Iowa Southern | Pottawattamie |
| 7 | 174.24.156.135 | 2D415A343831322D584B4979643242514A446F50 | Vuze 4.8.1.2 | 03/11/2013 07:46:50 AM | S0054-000004066 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C98AF011EA26 | Mediacom Communications Corp | Iowa | Glenwood | Iowa Southern | Mills |
| 8 | 173.28.214.225 | 2D5554333233302D21708B51A75B3CDE6671C1EF | µTorrent 3.2.3 | 03/07/2013 01:22:21 AM | S0054-000004078 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C98AF011EA26 | Mediacom Communications Corp | Iowa | Iowa City | Iowa Southern | Johnson |
| 9 | 63.153.238.36 | 2D415A343530342D3567484B503969775A4D4668 | Vuze 4.5.0.4 | 02/23/2013 12:12:01 PM | S0054-000004092 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C98AF011EA26 | Century Link | Iowa | Des Moines | Iowa Southern | Polk |
| 10 | 173.30.19.232 | 2D5554333233302D2170C0842CA155518964BF0E | µTorrent 3.2.3 | 02/21/2013 11:14:10 PM | S0054-000004094 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C98AF011EA26 | Mediacom Communications Corp | Iowa | Ames | Iowa Southern | Story |
| 11 | 63.153.255.181 | 2D415A343530342D584C71377342554564783630 | Vuze 4.5.0.4 | 02/19/2013 03:41:45 PM | S0054-000004100 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C98AF011EA26 | Century Link | Iowa | Urbandale | Iowa Southern | Polk |
| 12 | 68.110.25.223 | 2D415A343530342D4B6F634855486D5977516F43 | Vuze 4.5.0.4 | 02/18/2013 10:43:40 PM | S0054-000004104 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C98AF011EA26 | Cox Communications | Iowa | Council Bluffs | Iowa Southern | Pottawattamie |
| 13 | 174.71.22.96 | 2D5554333233302D21701B7210D7A5B8D1E8531E | µTorrent 3.2.3 | 02/17/2013 12:50:45 AM | S0054-000004116 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C98AF011EA26 | Cox Communications | Iowa | Council Bluffs | Iowa Southern | Pottawattamie |
| 14 | 173.19.34.168 | 4D372D332D352D2DEC6BD8D99BA5FE12AA28205B | BitTorrent 7.3.5 | 02/13/2013 11:38:46 PM | S0054-000004124 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C98AF011EA26 | Mediacom Communications Corp | Iowa | Iowa City | Iowa Southern | Johnson |
| 15 | 173.31.150.255 | 2D5554333330302D9A7198241CA5A911528B7131 | µTorrent 3.3.0 | 02/13/2013 06:14:07 AM | S0054-000004126 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C98AF011EA26 | Mediacom Communications Corp | Iowa | Grinnell | Iowa Southern | Poweshiek |
| 16 | 173.20.39.169 | 544958303139332D643061316A38663364316330 | BitTornado 18.33.0 | 02/06/2013 04:04:53 AM | S0054-000004142 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C98AF011EA26 | Mediacom Communications Corp | Iowa | Keokuk | Iowa Southern | Lee |
| 17 | 173.21.100.118 | 2D5554333233302D2170FF70ACDAA174770622B3 | µTorrent 3.2.3 | 02/02/2013 11:36:18 PM | S0054-000004150 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C98AF011EA26 | Mediacom Communications Corp | Iowa | Mount Pleasant | Iowa Southern | Henry |
| 18 | 70.58.212.156 | 2D5554333233302D2170B9CC4169DED6647FD3A2 | µTorrent 3.2.3 | 01/30/2013 03:33:15 AM | S0054-000004162 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C98AF011EA26 | Century Link | Iowa | Davenport | Iowa Southern | Scott |
| 19 | 75.170.179.29 | 2D415A343831322D3067306275673873596A4253 | Vuze 4.8.1.2 | 01/30/2013 12:33:23 AM | S0054-000004164 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C98AF011EA26 | Century Link | Iowa | Urbandale | Iowa Southern | Polk |
| 20 | 68.227.161.50 | 2D4C54304630302D52476D2973326128624C7130 | libtorrent (Rasterbar) 0.1 | 01/29/2013 10:16:35 AM | S0054-000004168 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C98AF011EA26 | Cox Communications | Iowa | Council Bluffs | Iowa Southern | Pottawattamie |
| 21 | 50.83.16.181 | 2D5554333231302DB66D36A55F5BE7FB1A814C75 | µTorrent 3.2.1 | 01/23/2013 12:22:15 AM | S0054-000004184 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C98AF011EA26 | Mediacom Communications Corp | Iowa | Centerville | Iowa Southern | Appanoose |
| 22 | 71.221.225.245 | 2D415A343831322D32584F383862513873675A49 | Vuze 4.8.1.2 | 01/22/2013 07:31:38 PM | S0054-000004188 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C98AF011EA26 | Century Link | Iowa | Bettendorf | Iowa Southern | Scott |
| 23 | 71.217.233.15 | 2D415A343831322D684357766E41656F73696862 | Vuze 4.8.1.2 | 01/22/2013 06:23:19 PM | S0054-000004192 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C98AF011EA26 | Century Link | Iowa | Davenport | Iowa Southern | Scott |
| 24 | 71.221.225.168 | 2D415A343831322D5132646739597A44557A564B | Vuze 4.8.1.2 | 01/22/2013 07:26:20 AM | S0054-000004196 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C98AF011EA26 | Century Link | Iowa | Bettendorf | Iowa Southern | Scott |
| 25 | 67.7.13.103 | 2D415A343831322D78567A3555726E5776306452 | Vuze 4.8.1.2 | 01/21/2013 11:38:40 PM | S0054-000004198 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C98AF011EA26 | Century Link | Iowa | Davenport | Iowa Southern | Scott |
| 26 | 71.221.224.200 | 2D415A343831322D4D5A323043637245536F5257 | Vuze 4.8.1.2 | 01/21/2013 07:18:52 PM | S0054-000004200 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C98AF011EA26 | Century Link | Iowa | Davenport | Iowa Southern | Scott |
| 27 | 98.188.136.76 | 4D372D372D302D2D536D39FBA3BE74D4700A4CF4 | BitTorrent 7.7.0 | 01/21/2013 05:33:18 AM | S0054-000004204 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C98AF011EA26 | Cox Communications | Iowa | Council Bluffs | Iowa Southern | Pottawattamie |
| 28 | 173.29.176.50 | 4D372D322D302D2D736046DDD3E4A668EE233B1B | BitTorrent 7.2.0 | 01/21/2013 05:21:12 AM | S0054-000004206 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C98AF011EA26 | Mediacom Communications Corp | Iowa | Marshalltown | Iowa Southern | Marshall |
| 29 | 75.162.63.79 | 2D415A343630322D4B51556B6A624B5569335136 | Vuze 4.6.0.2 | 01/21/2013 01:43:55 AM | S0054-000004208 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C98AF011EA26 | Century Link | Iowa | West Des Moines | Iowa Southern | Polk |
| 30 | 174.71.7.233 | 2D5554333233302D2170AD95D2535691EFC686BA | µTorrent 3.2.3 | 01/19/2013 10:23:08 PM | S0054-000004214 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C98AF011EA26 | Cox Communications | Iowa | Council Bluffs | Iowa Southern | Pottawattamie |
| 31 | 71.221.224.172 | 2D5554333130302D1A688FFC2C3EE5B9EEEB90E2 | µTorrent 3.1.0 | 01/19/2013 02:52:41 AM | S0054-000004220 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C98AF011EA26 | Century Link | Iowa | Davenport | Iowa Southern | Scott |
| 32 | 66.172.225.155 | 2D4243303133312DF178BE9098B4B7D57944A860 | BitComet 1.31 | 01/18/2013 05:37:15 PM | S0054-000004224 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C98AF011EA26 | Long Lines Internet | Iowa | Logan | Iowa Southern | Harrison |
| 33 | 71.38.184.60 | 2D5554313830302DDEE2D69AC144381AAEB880279 | µTorrent 1.8.0 | 01/18/2013 11:22:40 AM | S0054-000004226 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C98AF011EA26 | Century Link | Iowa | Iowa City | Iowa Southern | Johnson |
| 34 | 173.28.196.69 | 2D554D313635302DE86BBF7A207F45E69C1B47B1 | µTorrent Mac 1.6.5 | 01/17/2013 12:46:32 AM | S0054-000004232 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C98AF011EA26 | Mediacom Communications Corp | Iowa | Iowa City | Iowa Southern | Johnson |
| 35 | 75.239.238.126 | 2D415A343730322D54693430726D4D4148753362 | Vuze 4.7.0.2 | 01/15/2013 03:30:36 AM | S0054-000004240 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C148F011EA26 | Verizon Wireless | Iowa | Ames | Iowa Southern | Story |
| 36 | 97.125.168.140 | 2D5554333233302D2170F4DE5B3290BCF6AA1045 | µTorrent 3.2.3 | 01/15/2013 03:17:07 AM | S0054-000004242 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C98AF011EA26 | Century Link | Iowa | Des Moines | Iowa Southern | Polk |
| 37 | 97.64.165.253 | 2D5554333233302D2170CA718F9C5C47EE70CD18 | µTorrent 3.2.3 | 01/13/2013 07:11:48 PM | S0054-000004256 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C98AF011EA26 | Mediacom Communications Corporat | Iowa | Ottumwa | Iowa Southern | Wapello |
| 38 | 63.153.239.96 | 2D415A343831322D69554F466863344734396141 | Vuze 4.8.1.2 | 01/13/2013 03:31:30 AM | S0054-000004266 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C98AF011EA26 | Century Link | Iowa | Des Moines | Iowa Southern | Polk |
| 39 | 74.84.108.142 | 2D5554333233302D2170925D84A5DECD3E7D65A0 | µTorrent 3.2.3 | 01/13/2013 02:13:32 AM | S0054-000004268 | Killer Joe | VOLTAGE | Killer Joe[2011]B | SHA1: ABAAE623F405BB14DC7B964885D4C98AF011EA26 | Mediacom Communications Corporat | Iowa | West Des Moines | Iowa Southern | Polk |

Exhibit A