IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| TCYK, LLC, | * | CASE NO.: |
| Plaintiff, | * | 3:13-CV-00060-SMR-TJS |
| v. | * | |
| | * | DEFENDANT JOHN DOE 18'S MOTION TO QUASH THE SUBPOENA AND MOTION TO DISMISS AND/OR SEVER FOR MISJOINDER |
| DOES 1-18, | * | |
| Defendants. | * | |

COMES NOW Defendant, John Doe 18, IP Address 24.252.32.51 ("Defendant"), by and through the undersigned counsel, who hereby files this Special Appearance for Motion to Quash Subpoena and Motion to Dismiss and/or Sever for Improper Joinder, against Plaintiff TCYK, LLC ("TCYK" or "Plaintiff").

WHEREFORE, Defendant John Doe 18 respectfully requests the Court to dismiss and/or severe Defendant from the present proceedings. In addition, the subpoena should be quashed, with reasonable attorney fees awarded to Defendant and for such relief that this Court deems just and proper as indicated in Defendant's Brief in support of the Motion.

_____
JACOB C. LANGEVELD, #AT0010979
SMITH PETERSON LAW FIRM, LLP
35 Main Place, Suite 300
P. O. Box 249
Council Bluffs, IA 51502
Telephone:  (712) 328-1833
Fax:  (712) 328-8320
jclangeveld@smithpeterson.com
ATTORNEY FOR JOHN DOE #18

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of September 2013, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants:

JAY. R. HAMILTON
CHARLES A. DAMSCHEN
HAMILTON IP LAW, PC
331 West 3rd Street, NVC Suite 120
Davenport, IA 52801
Tel: (563) 441-0207
Fax: (563) 823-4637